In the Matter of the Application of Brooklyn Trust Company, as Assignee of Sheepshead Bay Investing Corporation, for the Payment of the Balance of an Award Made for Lot 45, Block 7470, on the Tax Map of the County of Kings, in the Matter of the Grading of Bedford Avenue from Avenue U to Voorhies Avenue, in the Borough of Brooklyn, City of New York. Brooklyn Trust Company, Appellant; City of New York, Respondent.— Order denying petitioner's motion for an order to direct the chamberlain of the city of New York to pay to it the balance of a change of grade award affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order dated March 5, 1936, in so far as it denies the petitioner's motion for a reargument, dismissed. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

In the Matter of Acquiring Title by The City of New York to Certain Lands and Premises Situated in Nineteenth Street (Barclay Street), Twenty-fifth Avenue (Hoyt Avenue), Twenty-first Street (Van Alst Avenue), Twenty-third Street (Hallett Street), Twenty-fourth Street (Howland Street), Crescent Street, Merchant Street, Twenty-seventh Street (Goodrich Street), Twenty-eighth Street (Chauncey Street), Twenty-ninth Street (Lawrence Street) and Thirty-first Street (Second Avenue), in the Borough of Queens, City of New York, Duly Selected as a Site for the Triborough Bridge by the Department of Plant and Structures and Approved by the Board of Estimate and Apportionment According to Law. Tri-Boro Gardens, Inc., Appellant; The City of New York, Respondent.—Appeal by Tri-Boro Gardens, Inc., from the final decree in a condemnation proceeding, in so far as it disallows, without prejudice, appellant's claim for consequential damages in connection with the taking of damage parcels Nos. 110, 114, 115, 116, 117 and 118. Final decree, in so far as an appeal is taken therefrom, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.